**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAFE FLEET HOLDINGS LLC; SAFE FLEET ACQUISITION CORP.; SEON HOLDINGS CORP.; SEON DESIGN (USA) CORP., <br><br> *Movants*, <br><br> v. <br><br> HAYDEN AI TECHNOLOGIES, INC., <br><br> *Respondent*. | **CASE NO.** _____ <br><br> **UNDERLYING LITIGATION:** <br><br> *Hayden AI Technologies, Inc. v. Safe Fleet Holdings LLC; Safe Fleet Acquisition Corp.; Seon Holdings Corp.; Seon Design (USA) Corp.; Rear View Safety, Inc.; Daniel Pulskamp; Tom Brodsky; Tom Gill; Joseph Schechter; Matthew Thompson; Julian Jimenez; Steven Kwan; Individual One; Does 1-10*, Case No. 1:23-cv-03471-EK-JRC (E.D.N.Y.) |

**Movants' Notice of Motion to Quash Third-Party Subpoena of KKR Group Co., Inc.**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Movants Safe Fleet Holdings LLC, Safe Fleet Acquisition Corp., Seon Holdings Corp., and Seon Design (USA) Corp. (collectively "Movants") file this Notice of Motion to Quash the Subpoena Duces Tecum and Subpoena Ad Testificandum directed to KKR Group Co., Inc.  Movants' Motion is supported by the Memorandum of Law, the Declaration of Jordan A. LaVine in Support of Movants' Motion, and Exhibits A through E submitted herewith.  Further, Movants respectfully request Oral Argument.

Dated: June 1, 2026

Respectfully Submitted,

*/s/ Jordan A. LaVine* _____
Jordan Andrew LaVine (No. 5061932)
jordan.lavine@flastergreenberg.com
Mark Basanta (*pro hac vice* forthcoming)
mark.basanta@flastergreenberg.com
**FLASTER GREENBERG P.C.**
295 Madison Avenue, 12th Floor
New York, NY 10017
Telephone (212) 268-7111

Michael J. Bonella (*pro hac vice* forthcoming)
michael.bonella@flastergreenberg.com
Aakash K. Patel (*pro hac vice* forthcoming)
aakash.patel@flastergreenberg.com
**FLASTER GREENBERG P.C.**
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Telephone (215) 279-9393

*Attorneys for Movants*